Division, Third Department. July 6, 1898.) Action by Robert Parker, Jr., against Abram Van Vechten. No opinion. Judgment and order affirmed, with costs.

PARMERTER, Appellant, v. COLRICK et al., Respondents. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by Jacob Parmerter against Ann Colrick and others. No opinion. Judgment affirmed, with costs. See 45 N. Y. Supp. 748. All concur, except PARKER, P. J., and LANDON, J., dissenting.

PEABODY, Respondent, v. SATTERLEE et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 7, 1898.) Action by Rushton Peabody against Douglass R. Satterlee and another, composing the firm of D. R. Satterlee & Co., as attorneys in fact, etc. No opinion. Judgment affirmed, with costs.

PEOPLE v. HODGE. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by the people of the state of New York against Frank Hodge. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. KINGS COUNTY TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 7, 1898.) Action by the people of the state of New York against the Kings County Traction Company. No opinion. Case settled by the parties, and consent for discontinuance filed.

PEOPLE, Respondent, v. LAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by the people of the state of New York against Moses Lay, Jr. No opinion. Conviction and judgment affirmed; judgment to be entered and proceedings certified to the supreme court of Erie county, pursuant to section 547 of the Code of Criminal Procedure.

PEOPLE ex rel. BRADY v. ROOSEVELT et al. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by the people of the state of New York, on the relation of Thomas F. Brady, against Theodore Roosevelt and others. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. BROOKLYN CITY R. CO. et al., Respondents, v. NEFF et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 21, 1898.) Action by the people of the state of New York, on the relation of the Brooklyn City Railroad Company and another, against B. G. Neff and others, constituting the board of assessors of the city of Brooklyn. No opinion. Order affirmed, without costs.

PEOPLE ex rel. BROOKLYN Y. M. C. A., Appellant, v. WILLIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 28, 1898.) Action by the people of the state of New York, on the relation of the Brooklyn Young Men's Christian Association, against Theodore B. Willis, as commissioner of city works, and another. No opinion. Order affirmed, with $10 costs and disbursements, on opinion of JOHNSON, J., at special term. 52 N. Y. Supp. 739.

PEOPLE ex rel. NEW YORK CLEARING-HOUSE BLDG. CO. v. BARKER et al. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by the people of the state of New York, on the relation of the New York Clearing-House Building Company, against Edward T. Barker and others. W. S. Opdyke, for appellant. J. M. Ward, for appellees. No opinion. Order affirmed, with $10 costs and disbursements, on opinion of BEEKMAN, J., in court below. 51 N. Y. Supp. 1102.

PEOPLE ex rel. ECKERSON et al., Respondents, v. ZUNDEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 7, 1898.) Action by the people of the state of New York, on the relation of James Eckerson and others, against Charles H. Zundel and others, as assessors of the town of Haverstraw. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. JONES v. BOOKER. (Supreme Court, Appellate Division, First Department. March Term, 1898.) Action by the people of the state of New York, on the relation of Sadie Jones, against Edward L. Booker. No opinion. Motion granted.

PEOPLE ex rel. KENNY, Respondent, v. CREAMER, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1898.) Action by the people of the state of New York, on the relation of Theresa Kenny, against Frank D. Creamer, sheriff of Kings county. No opinion. Order discharging relator affirmed on opinion of GAYNOR, J., at special term. 49 N. Y. Supp. 1037.

PEOPLE ex rel. MORRIS, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by the people of the state of New York, on the relation of John E. Morris, against Theodore Roosevelt and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. NEWSAM, Appellant, v. MOSS et al., Respondents. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by the people of the state of New York, on the relation of William E. Newsam, against Frank Moss and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. NEW YORK, W. S. & B. R. CO. et al., Appellants, v. JOHNSON et